# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 17, 2026

Lyle W. Cayce
Clerk

—————————

No. 25-40682
Summary Calendar

—————————

Olamide Olatayo Bello,

*Plaintiff—Appellant,*

*versus*

Fannin County Detention Center,

*Defendant—Appellee.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:25-CV-736

———————————————————

Before Graves, Ho, and Douglas, *Circuit Judges.*

Per Curiam:*

Olamide Olatayo Bello, federal prisoner # 65100-510, moves for leave to proceed in forma pauperis (IFP) in this appeal of the district court's dismissal of his petition for writ of mandamus filed pursuant to 28 U.S.C. § 1361. At the time that Bello filed his mandamus petition, he was confined in the Fannin County Detention Center (FCDC). In his petition, he

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40682

requested that the district court enter an order compelling the FCDC to provide him with various forms of legal aid.

According to the website of the Bureau of Prisons, Bello is currently confined in the Federal Correction Institution in Seagoville, Texas. Because Bello is no longer confined in the FCDC, the relief that he requested in his mandamus petition and the injury that he has purportedly suffered cannot be redressed by a favorable appellate ruling by this court. As such, his appeal is moot. *See United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc).

Accordingly, we lack jurisdiction over Bello's appeal, and it is DISMISSED as moot. *See id.* Bello's motion to proceed IFP is DENIED as moot.